UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**
FEB 1 5 2008
February 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| v.                          ) | 08CR 0133 |
| SHAWNDALE MCDOWELL          ) | Judge Maria Valdez |

## AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before Maria Valdez, a United States Magistrate Judge, and being duly sworn on oath, states: that in the Southern District of Illinois, SHAWNDALE MCDOWELL, was released on a $10,000 personal recognizance bond, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that an order has been entered revoking MCDOWELL'S pretrial release and a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest and Order).

Wherefore, Affiant prays that the defendant be dealt with according to law.

Belkis Cantor
Deputy United States Marshal

Subscribed and Sworn to before me this
15th day of February, 2008.

MARIA VALDEZ
United States Magistrate Judge

AUSA STEVEN A. BLOCK
(312) 886-7647

Bond set [or recommended] by issuing Court at _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. 07-CR-30110-GPM-03 |
| ) | |
| SHAWNDALE J. MCDOWELL, ) | |
| ) | |
| Defendant. ) | |

## WARRANT FOR ARREST

TO:   The United States Marshal and any Authorized United States Officer:

YOU ARE HEREBY COMMANDED to arrest SHAWNDALE J. McDOWELL and bring him forthwith to the nearest Magistrate Judge to answer an allegation that he violated the conditions of his release bond as set in the above-captioned case, all in violation of Title 18, United States Code, Section 3148(a).

_____
HON. CLIFFORD J. PROUD
United States Magistrate Judge

Norbert G. Jaworski                              1/18/08  East St. Louis
Signature of Issuing Officer                     Date and Location

_[signature]_
(By) Deputy Clerk

Bail fixed at $_____ by _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. 07-CR-30110-GPM-03 |
| ) | |
| SHAWNDALE J. MCDOWELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**BEFORE THE COURT** is the Government's Motion to Revoke Order of Release as to defendant Shawndale McDowell and for Forfeiture of Bond. **(Doc. 90).**

**IT IS HEREBY ORDERED** that, in accordance with 18 U.S.C. § 3148, the Order of Pretrial Release previously issued by this Court is **REVOKED**, in that defendant **SHAWNDALE J. McDOWELL** is ordered to be detained pending a hearing and final resolution of the motion to revoke defendant's bond and detain him pending sentencing.

The Clerk of Court is hereby directed to issue a warrant for the arrest of SHAWNDALE J. McDOWELL.

**IT IS SO ORDERED.**

**DATED: January 18, 2008**

s/ Clifford J. Proud
**CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE**