MHW

| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  /s/ Orman Alexander  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  OFMAN ALEXANDER  C. Date of Delivery 2-28-08 |
| 1. Article Addressed to:  08CR133<br><br>Mr. Norbert G. Jaworski, Clerk<br>United States District Court<br>104 Melvin Price Federal Building and<br>United States Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL 62201 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 6430 |
| PS Form 3811, February 2004 | Domestic Return Receipt |

FILED
3-4-2008
MAR 4 2008   YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT