*MHN*

## UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,
CLERK**

OFFICE OF THE CLERK
February 22, 2008

**FILED
MAR X 4 2008
3-4-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Mr. Norbert G. Jaworski, Clerk
United States District Court
104 Melvin Price Federal Building and
 United States Courthouse
750 Missouri Avenue
East St. Louis, IL 62201

Re:   USA v. Shawndale McDowell - 08 CR 133

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 133 | _X_ Order of Removal dated: 2/15/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| ____ Financial Affidavit | ____ Temporary Commitment |
| _X_ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk

**RECEIVED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE**